**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>   v.<br><br>CHENYAN WU (1),<br>LIANCHUN CHEN (2),<br><br>               Defendants. | Case No. **22-CR-0052-CAB**<br><br>**I N F O R M A T I O N**<br><br>Title 18, U.S.C., Sec. 1001 – False Statements; Title 18, U.S.C., Sec. 545 - Smuggling Goods |

The United States Attorney charges:

Count 1

(False Statement (CHEN))

On or about April 20, 2021, in the Southern District of California, defendant LIANCHUN CHEN (2), in a matter within the jurisdiction of the United States, namely, the Federal Bureau of Investigation (FBI), a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that she did represent and state to an FBI Agent that she had not provided Company A's Confidential Information to defendant CHENYAN WU (1), whereas in truth and fact as defendant LIANCHUN CHEN (2) then and there well knew, that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

//

//

//

AFF:1/5/2022

Count 2

(Smuggling Goods (WU))

On or about May 8, 2021, within the Southern District of California and elsewhere, defendant CHENYAN WU (1) did knowingly and willfully, with the intent to defraud the United States, smuggle and clandestinely introduce, and attempt to smuggle and clandestinely introduce into the United States, merchandise, which should have been invoiced, to wit: imidazole, nickel sulfate, ethidium bromide, ammonium persulfate and chloroform; all in violation of Title 18, United States Code, Section 545.

DATED: 01/05/2022

RANDY S. GROSSMAN
United States Attorney

ALEXANDRA F. FOSTER
Assistant U.S. Attorney