Jeremy Warren
WARREN & BURSTEIN
State Bar No. 177900
501 West Broadway, Suite 240
(619) 234-4433
jw@wabulaw.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 22cr0052-CAB-AGS |
|---|---|
| Plaintiff, | ) |
| v. | ) Unopposed motion to modify conditions of release to remove location monitoring |
| CHENYAN WU, | ) |
| Defendants. | ) |

Mr. Wu has remained at liberty on a $250,000 property bond since December 21, 2021. He has remained in full compliance with his conditions of release. One of those conditions is location monitoring (daily phone calls to verify he is at home). All parties agree this condition is no longer necessary, and therefore neither the government nor Pretrial Services (Officer Kim) have any objection to deleting it. For reference, the Court recently granted codefendant Mrs. Chen's identical request.

So moved.

Dated: May 9, 2022            s/ *Jeremy Warren*
                                            Jeremy Warren

1

The government has no objection to the request.

Dated: May 9, 2022                         s/ *Alexandra Foster*
                                           Alexandra Foster
                                           Assistant United States Attorneys
                                           (with signature authorization)