1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 22CR0052-CAB |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Chenyan WU, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, Defendant Chenyan WU's unopposed Motion to Modify Conditions of Release (ECF No. ) is granted. All location monitoring conditions are removed. All other conditions shall remain as set.

Dated: May 11, 2022

_____
Hon. Andrew G. Schopler
United States Magistrate Judge